**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-04-01329-CV

## DARLENE C. AMRHEIN, Appellant

## V.

## LA MADELEINE, INC., Appellee

## ORDER

Appellant Darlene C. Amrhein's motion dated May 23, 2013, and received in this Court on May 28, 2013, for all court records, evidence, and transcripts in her appeals to be prepared and transferred to the Supreme Court of Texas is **DENIED**. The Supreme Court of Texas will request the transfer of any records it needs to resolve any issues pending in its court in appellant's cases.

/s/     ELIZABETH LANG-MIERS
        JUSTICE